ACCEPTED
04-14-00879
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/20/2015 4:53:22 PM
KEITH HOTTLE
CLERK

<u>No. 04-14-00878-CR</u>
<u>No. 04-14-00879-CR</u>

In the
Court of Appeals
for the
Fourth District of Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

3/20/2015 4:53:22 PM

KEITH E. HOTTLE
Clerk

———————◆———————

No. 2013CR10841W
No. 2013CR10842W
In the 437th District Court
Bexar County, Texas

———————◆———————

## MATTHEW DOUGLAS HAYES
*Appellant*
V.
## THE STATE OF TEXAS
*Appellee*

———————◆———————

MOTION TO SUPPLEMENT THE
BEXAR COUNTY DISTRICT CLERK'S RECORD

———————◆———————

TO THE HONORABLE COURT OF APPEALS:

APPELLANT, pursuant to TEXAS RULES OF APPELLATE PROCEDURE 34.5

(C) AND (D), moves for an order to the 437th District Court and the Bexar County

District Clerk to supplement the official clerk's record in cause number

2013CR10842W with the signed presentment page of appellant's motion for new trial.

In the alternative, appellant requests that the appellate court abate his appeal and

order that a hearing be held in order to determine whether the allegations raised in the motion for new trial were properly preserved. In support of its motion, appellant the attached sworn affidavit of appellant's counsel.

WHEREFORE, appellant prays that this Court will grant the requested motion and ORDER the 437th District Court and the Bexar County District Clerk to supplement the official clerk's record with the signed presentment page of appellant's motion for new trial. In the alternative, appellant requests that this Court abate the appeal, remand the cause, and ORDER the 437th District Court to certify that appellant's motion for new trial was properly presented to the court within the time required by the Texas Rules of Appellate Procedure.

Respectfully submitted,

**/s/MANDY MILLER**
Attorney for appellant
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
PHONE (832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been delivered via email to the following address:

> Bexar County District Attorney's Office
> ATTN: Rico Valdez

> /s/MANDY MILLER
> Attorney for appellant
> 2910 Commercial Center Blvd., Ste. 103-201
> Katy, TX 77494
> SBN 24055561
> PHONE (832) 900-9884
> FAX (877) 904-6846
> mandy@mandymillerlegal.com

3

<u>No. 04-14-00878-CR</u>
<u>No. 04-14-00879-CR</u>

In the
Court of Appeals
for the
Fourth District of Texas

———————◆———————

**No. 2013CR10841W**
**No. 2013CR10842W**
In the 437th District Court
Bexar County, Texas

———————◆———————

# MATTHEW DOUGLAS HAYES
*Appellant*
V.
# THE STATE OF TEXAS
*Appellee*

———————◆———————

## ORDER

———————◆———————

After considering the clerk's record, and appellant's motion and the attached affidavit, the Court of Appeals hereby ORDERS:

The 437th District Court provide the Bexar County District Clerk with the signed version of appellant's motion for new trial.

The Bexar County District Clerk supplement the official clerk's record with the signed version of appellant's motion for new trial.

IT IS SO ORDERED on the _____ day of _____, 2015.


_____
Presiding Justice

4

No. 04-14-00878-CR
No. 04-14-00879-CR

In the
Court of Appeals
for the
Fourth District of Texas

———————◆———————

No. 2013CR10841W
No. 2013CR10842W
In the 437th District Court
Bexar County, Texas

———————◆———————

# MATTHEW DOUGLAS HAYES
*Appellant*
V.
# THE STATE OF TEXAS
*Appellee*

———————◆———————

ORDER

———————◆———————

After considering the clerk's record, and appellant's motion and the attached affidavit, the Court of Appeals hereby ORDERS:

The 437th District Court to certify that appellant's motion for new trial was properly presented to the court within the time required by the Texas Rules of Appellate Procedure.

IT IS SO ORDERED on the _____ day of _____, 2015.

_____
Presiding Justice

5

No. 04-14-00878-CR
No. 04-14-00879-CR

In the
Court of Appeals
for the
Fourth District of Texas
at Houston

No. 2013CR10841W
No. 2013CR10842W

In the 437th District Court
Bexar County, Texas

**MATTHEW DOUGLAS HAYES**

*Appellant*

V.

**THE STATE OF TEXAS**

*Appellee*

## AFFIDAVIT

On this date, Mandy Miller, appeared in person before me, the undersigned authority, and, who after being duly sworn on the party's oath, deposes and says:

My name is Mandy Miller. I am over 18 years of age, and I have given this statement of my own free will and the facts stated in this sworn affidavit are within my personal knowledge and are true and correct to the best of my knowledge.

I have been a licensed attorney in the State of Texas since 2006. I am currently in good standing with the State Bar of Texas.

In September 2014, I was retained to represent Matthew Hayes in cause numbers 2013CR10841W and 2013CR10842W.

Prior to my representation, Mr. Hayes pled guilty to two counts of aggravated robbery. Mr. Hayes submitted to a pre-sentence investigation. On September 9, 2014, Mr. Hayes was sentenced to seven years confinement in the Institutional Division of the Texas Department of Criminal Justice.

On October 7, 2014 I filed Motions for New Trial in the trial court. In addition to the two original motions, I provided the court a courtesy copy of the motion.

On the same day the motions were filed, I approached the judge in order to present the motions and request a hearing. The judge indicated that she was signing the page provided in the motions that would evidence the motions had been presented in accordance with Texas Rule of Appellate Procedure 21.6. At the same time, I observed the judge signing a document on the bench.

Over the next several weeks, I communicated with the trial court staff regarding whether the court would be granting a hearing on the motions. (Appendix A). Two days before the 75 days for ruling on the motions was to run, I received an email from the court staff asking if I would be available the next day at 2:00 pm for a hearing. (Appendix B). I was later informed by phone that a hearing would not be held that day.

The motions for new trial were subsequently overruled by operation of law.

Appellant has filed notice of appeal in both cases.

The motions for new trial filed in the clerk's records do not contain the presentment page that I was told was signed by the judge on October 7, 2014.

I believe that the court may have signed the courtesy copy instead of the original motions for new trial.

I have attempted to contact the court in order to supplement the record, but have not heard back at this time.

MANDY MILLER

Sworn and subscribed to me on this _____20th_____ day of March, 2015.

NOTARY PUBLIC

RAHIM MAKNOJIA
Notary Public, State of Texas
My Commission Expires
March 10, 2019

# Appendix A

| | |
|---|---|
| **From:** | Contreras, Natalia <ncontreras@bexar.org> |
| **Sent:** | Thursday, October 23, 2014 2:01 PM |
| **To:** | Mandy Miller |
| **Subject:** | RE: Matthew Hayes |

I did, thank you. It's still on her desk to be reviewed.

---

**From:** Mandy Miller [mailto:mandy@mandymillerlegal.com]
**Sent:** Monday, October 20, 2014 9:59 AM
**To:** Contreras, Natalia
**Subject:** Matthew Hayes

Natalia,

Good morning!  I hope you had a great weekend!

A couple of weeks ago, I filed motions for new trial in the Matthew Hayes cases (No. 2013CR10841W, No. 2013CR10842W).  You may recall me because I asked  a ton of questions ;)

I requested that the judge grant a hearing on the motions.  Do you know whether the judge has decided to do so at this time?

Thank you so much!

Mandy Miller
Mandy Miller Legal, PLLC
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
mandy@mandymillerlegal.com
Phone: (832) 900-9884
Fax: (877) 904-6846

# Appendix B

| | |
|---|---|
| **From:** | Contreras, Natalia <ncontreras@bexar.org> |
| **Sent:** | Thursday, November 20, 2014 9:53 AM |
| **To:** | Mandy Miller |
| **Subject:** | RE: Matthew Hayes (No. 2013CR10841W, No. 2013CR10842W) |

I know this is last minute we need to have hearing tom @ 2pm? Can you be here? Call me on my cell 210-264-6289, if there is a conflict.

**From:** Mandy Miller [mailto:mandy@mandymillerlegal.com]
**Sent:** Friday, November 14, 2014 5:43 AM
**To:** Contreras, Natalia
**Subject:** Matthew Hayes (No. 2013CR10841W, No. 2013CR10842W)

Natalia,
Good morning!  I hope it isn't quite as cold for you as it is here in Houston.
I wanted to see if there had been any rulings on the Matthew Hayes' motions for new trial.  Just wanted to check in because we are getting closer to the 75 days and if the judge wanted to conduct a hearing, I can make the arrangements to be down there.
Thank you so much!  Have a great weekend!

Mandy Miller
Mandy Miller Legal, PLLC
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
mandy@mandymillerlegal.com
Phone: (832) 900-9884
Fax: (877) 904-6846

1